**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| U AND ME CHAMBERSBURG, LLC, | : | Civil No. 1:26-cv-01069 |
| Plaintiff, | : | |
| v. | : | |
| PRIMANTI CORPORATION, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 12th day of August, 2026, following a review of the parties' joint case management plan, Doc. 12, and noting that the parties consent to jurisdiction by a Magistrate Judge, **IT IS ORDERED AS FOLLOWS**:

1) The case management conference scheduled for August 19, 2026, at 10:45 a.m. is **CANCELED**.
2) This case is referred to a United States Magistrate Judge in the Harrisburg vicinage to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania